## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ROBERT LEE and<br>LEE'S LOUNGE, INC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:09-0301-KD-N<br>) |
| CITY OF MARION, ALABAMA, | )<br>)<br>) |
| Defendant. | ) |

## JUDGMENT

In accord with the Order issued contemporaneously herewith, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the defendant City of Marion and against plaintiffs Lee's Lounge, Inc. and Robert Lee.

Each party shall bear their own costs in this litigation.

**DONE** and **ORDERED** this July 27, 2010.

> **s/ Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**